UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **BILLY RAY DEW, JR.** | **CASE NO. 3:19-CV-01489** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **TALLULAH WATER CO., ET AL.** | **MAG. JUDGE PEREZ-MONTES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 36] having been considered, no objections having been filed, and finding that the same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Madison Journal, Inc.'s Motion to Dismiss [Doc. No. 18] **is GRANTED** in all respects, and Plaintiff's claims against Defendant Madison Journal, Inc., are **DISMISSED WITHOUT PREJUDICE**, subject to Plaintiff's right to seek leave to amend within 14 days of this Judgment.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss filed by Defendants Tallulah Water Company (also known as Tallulah Water Service), Tallulah Police Department, Tallulah City Hall, and the City of Tallulah [Doc. No. 20] is **GRANTED IN PART and DENIED IN PART**. To the extent Defendants Tallulah Water Company, Tallulah Police Department, and Tallulah City Hall seek dismissal of all claims against them, the motion is **GRANTED**, and all claims against those Defendants are **DISMISSED WITH PREJUDICE**. To the extent Defendant City of Tallulah seeks dismissal of Plaintiff's claim against it for false arrest, the motion is **DENIED**. To the extent Defendant City of Tallulah seeks dismissal of any other claim against it, the motion is **GRANTED**, and those claims are **DISMISSED WITHOUT PREJUDICE**, subject to Plaintiff's right to seek leave to amend within 14 days of this Judgment.

MONROE, LOUISIANA, this 19th day of November, 2020.

                                             **TERRY A. DOUGHTY**
                                             **UNITED STATES DISTRICT JUDGE**